Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1,<br><br>            Plaintiff,<br><br>   vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>            Defendants. | Case No.: 2:21-cv-00131-APG-DJA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 7] AND MOTION FOR FEES AND COSTS [ECF No. 8]**<br><br>**(First Request)** |



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

602384.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1 ("Deutsche Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 25, 2021, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-828379-C [ECF No. 1-1];
2. On January 25, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On February 24, 2021, Deutsche Bank filed a Motion for Remand [ECF No. 7];
4. On February 24, 2021, Deutsche Bank filed a Motion for Costs and Fees [ECF No. 8];
5. Chicago Title's deadline to respond to Deutsche Bank's Motion for Remand and Motion for Costs and Fees is currently March 10, 2021;
6. Chicago Title's counsel is requesting an extension until Wednesday, April 7, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Chicago Title requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in Deutsche Bank's motions;
8. Deutsche Bank does not oppose the requested extension;
9. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

602384.1

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to Deutsche Bank's Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8] is hereby extended through and including April 7, 2021.

Dated: March 8, 2021

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: /s/-- Sophia S. Lau
    SCOTT E. GIZER
    SOPHIA S. LAU
    Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: March 8, 2021

SINCLAIR BRAUN LLP

By: /s/-Kevin S. Sinclair
    KEVIN S. SINCLAIR
    Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: March 8, 2021

WRIGHT FINLAY & ZAK, LLP

By: /s/-Lindsay D. Robbins
    LINDSAY D. ROBBINS
    Attorneys for Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED:**

Dated: March 9, 2021

By: _____
UNITED STATES DISTRICT COURT JUDGE



## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                                */s/ D'Metria Bolden*
                                D'METRIA BOLDEN
                                An Employee of EARLY SULLIVAN
                                WRIGHT GIZER & McRAE LLP



3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
602384.1