WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00131-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 13-15]**<br><br>**[First Request]** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1 ("Deutsche Bank Trustee"), Specially Appearing Defendant Fidelity National Title Group, Inc., and Defendants Chicago Title Insurance Company and Chicago Title Agency of Nevada ("Defendants", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 25, 2021, Deutsche Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-21-828379-C [ECF No. 1-1].

2. On January 25, 2021, Chicago Title Insurance Company filed its Petition for Removal to this Court [ECF No. 1].

3. On March 10, 2021, Chicago Title Insurance Company, Chicago Title of Nevada, Inc., and Fidelity National Title Group, Inc. each filed a Motion to Dismiss [ECF No. 13-15].

4. Deutsche Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently March 24, 2021.

5. Deutsche Bank Trustee's counsel is requesting an extension until April 26, 2021, to file its response to the pending Motions to Dismiss.

6. This extension is requested to allow Deutsche Bank Trustee additional time to review and respond to the points and authorities cited to in the pending Motions to Dismiss.

7. Counsel for Defendants does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 23rd day of March, 2021.                    DATED this 23rd day of March, 2021.

WRIGHT, FINLAY & ZAK, LLP                              SINCLAIR BRAUN LLP


*/s/ Lindsay D. Robbins*                               */s/ Kevin Sinclair*
Lindsay D. Robbins, Esq.                               Kevin Sinclair, Esq.
Nevada Bar No. 13474                                   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                         16501 Venture Boulevard, Suite 400
Las Vegas, NV 89117                                    Encino, California 91436
*Attorneys for Plaintiff, Deutsche Bank                Attorneys for Defendants, Fidelity National
National Trust Company, as Indenture                   Title Group, Inc., Chicago Title Insurance
Trustee for American Home Mortgage                     Company, and Chicago Title Agency of
Investment Trust 2007-1*                               Nevada*

**IT IS SO ORDERED.**

Dated this  23rd  day of March, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE