# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1,<br><br>    Plaintiff<br><br>v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>    Defendants | Case No.: 2:21-cv-00131-APG-DJA<br><br>**Order Granting Motion to Stay Briefing on Motions to Dismiss**<br><br>[ECF No. 22] |

    The plaintiff moves to stay the briefing on the defendants' motions to dismiss until I rule on the pending motion to remand. The defendants have not filed an opposition to the motion to stay, and a stay would conserve the parties' resources.

    I THEREFORE ORDER that the motion to stay **(ECF No. 22) is granted**. The deadlines to respond to all motions to dismiss are stayed. After a ruling on the motion to remand, the parties shall confer about and propose a briefing schedule.

    DATED this 12th day of May, 2021.

                                                                     ANDREW P. GORDON
                                                                    UNITED STATES DISTRICT JUDGE